UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

[Plaintiff], Jennifer Meacham

                  Plaintiff(s),          Civil No: 3:15-CV-01849AC

vs.

[Defendant], LIN Television Corp.         JOINT ALTERNATE DISPUTE
                                                          RESOLUTION REPORT
                  Defendant(s).

Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a lawsuit. This report is submitted in compliance with LR 16-4(d).

1. Have counsel held settlement discussions with their clients and the opposing party?
   ☒ Yes     ☐ No

   If not, provide an explanation:

   _____

   _____

2. The parties propose: (*check one of the following*)

   ☐ (a)     That this case be referred to a neutral of their choice for ADR not sponsored by the court pursuant to LR 16-4(e)(1).

   ☒ (b)     That the court refer this case to mediation using a Court-sponsored mediator or staff mediator. (*See* LR 16-4(f) for Court-sponsored mediation procedures). The parties seek a Court mediator because:

   The parties agree a court-sponsored mediator is more appropriate in this instance, from both a functional and practical perspective.

   _____

JOINT ALTERNATE DISPUTE RESOLUTION REPORT                                     Page 1
Revised: January 1, 2011

☐ (c)     ADR may be helpful at a later date following completion of:

_____

_____

☐ (d)     The parties believe the court would be of assistance in preparing for ADR by:

_____

_____

☐ (e)     The parties do not believe that any form of ADR will assist in the resolution of this case.

☐ (f)     Other:

_____

_____

_____

DATED: May 6, 2016          By: _____
                                 Plaintiff's Attorney


                            By:   /s/ Haley M. Morrison
                                  Defendant's Attorney
                                  Haley M. Morrison, OSB No. 154972