UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

JENNIFER MEACHAM,

                Plaintiff,

    v.

LIN TELEVISION CORPORATION, a foreign corporation doing business as KOIN Local 6,

                Defendant.

Case No. 3:15-cv-1849-AC

JUDGMENT OF DISMISSAL

ACOSTA, Magistrate Judge:

    Based on the Notice of Settlement and Stipulation of Dismissal of Dismissal with Prejudice filed by the parties on July 8, 2016, the court finds this case has been fully compromised and settled. Accordingly,

    IT IS ORDERED and ADJUDGED that: (1) this action is DISMISSED with prejudice and

PAGE 1 - JUDGMENT OF DISMISSAL

without costs to any party; (2) pending motions, if any, are DENIED as moot; and (3) all scheduling dates shall be vacated and stricken from the calendar.

DATED this 21st day of July, 2016.

_____
JOHN V. ACOSTA
United States Magistrate Judge

PAGE 2 - JUDGMENT OF DISMISSAL